## MIGUEL ARROYO *v.* GLENN FOLLMER ET AL.
### (AC 23490)

Lavery, C. J., and Bishop and Hennessy, Js.

Submitted on briefs September 19—officially released November 4, 2003

Per Curiam. The judgment is affirmed.

## RAE A. EASTMAN *v.* RICHARD SMITHIES ET AL.
### (AC 23237)

Bishop, McLachlan and Hennessy, Js.

Argued September 9—officially released November 4, 2003

Per Curiam. The judgment is affirmed.

## ROBERT E. MARTIN, JR. *v.* TOWN OF WESTPORT
### (AC 23680)

West, DiPentima and Dupont, Js.

Argued September 10—officially released November 4, 2003

Per Curiam. The decision of the workers' compensation commissioner is affirmed.

## KEVIN BURKE *v.* SYSTEMATIC AUTOMATION, INC.
### (AC 23715)

Schaller, Bishop and Hennessy, Js.

Argued September 10—officially released November 4, 2003

Per Curiam. The decision of the workers' compensation commissioner is affirmed.